IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROSEMARY TOURNEUR,<br>    *Plaintiff* | : | CIVIL ACTION |
| v. | : | |
| NATIONAL RAILROAD PASSENGER<br>CORPORATION d/b/a AMTRAK, *et al.*,<br>    *Defendants* | : | No. 23-1580 |

## ORDER

**AND NOW**, this 12th day of March 2024, upon review of Defendant University Services MRO, LLC's Motion to Dismiss Complaint (Doc. No. 25), Defendant Philip Lopez, M.D.'s Motion to Dismiss Complaint (Doc. No. 26), Plaintiff's Response in Opposition to Defendant Dr. Philip Lopez's Motion to Dismiss (Doc. No. 33), Plaintiff's Response in Opposition to Defendant University Services MRO, LLC's Motion to Dismiss (Doc. No. 34), University Services MRO, LLC's Reply Brief in Support of Motion to Dismiss (Doc. No. 36), and the arguments made during the Hearing of December 7, 2024 on Defendant University Services MRO, LLC's Motion to Dismiss and Defendant Dr. Philip Lopez's Motion to Dismiss, for the reasons explained in the accompanying Memorandum, it is hereby **ORDERED** as follows:

1. Defendant University Services MRO, LLC's Motion to Dismiss Complaint (Doc. No. 25) is **GRANTED**;

2. Defendant Philip Lopez, M.D.'s Motion to Dismiss Complaint (Doc. No. 26) is **GRANTED**;

3. All claims against University Services MRO, LLC and Philip Lopez are **DISMISSED WITH PREJUDICE**;

4. The Clerk of Court is **INSTRUCTED** to **DISMISS** University Services MRO, LLC and Philip Lopez as parties to the above-captioned action.

BY THE COURT:

*/s/ Gene E.K. Pratter*

**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**
